253 So.2d 383

**George MARCELLOUS**

**v.**

**Coralie DAVID et al.**

**No. 51836.**

Oct. 28, 1971.

In re: George Marcellous applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of St. Martin. 252 So.2d 178.

Writ refused. On the facts found by the court of appeal there is no error of law in its judgment.

253 So.2d 383

**STATE of Louisiana ex rel. Angelo R. GIANGROSSO**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 51845.**

Oct. 28, 1971.

In re: Angelo R. Giangrosso applying for writs of mandamus, habeas corpus and certiorari.

Writ denied. On representation of the Orleans Indigent Defender Program, appointed to represent the defendant in the appeal, that these attorneys are in the process of preparing bills of exceptions to be submitted to the trial judge within a few days, the application for supervisory and other relief is denied, without prejudice to re-apply if the bills are not so submitted within 30 days from date.